# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

Suzanne Kaufman,

Plaintiff,

vs.

University Travel Services, Inc.,

Defendant.

Civil No 00-2226 (MJD\SRN)

**ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the settlement agreement entered onto the record before this Court on December 7, 2000, the Confidential Settlement Agreement and the Stipulation of Dismissal of the parties ,

IT IS HEREBY ORDERED THAT:

1. The above captioned matter is hereby dismissed with prejudice.
2. The Confidential Settlement Agreement is to be Sealed
3. This Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated: JAN 2, 2001

Michael J. Davis
United States District Court Judge

FILED JAN 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Suzanne Kaufman,

Plaintiff,

vs.

University Travel Services, Inc.,

Defendant.

Civil Action No.: 00-CV-2226 MJD/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The undersigned by and on behalf of their respective clients and the parties in the above referenced matter, do hereby stipulate to dismissal of this lawsuit with prejudice and without costs to either party.

Dated: December 20, 2000

BALE ANDERSON POLSTEIN
RANDALL & HILL, LTD.

Peter G. Hill (#4510X)
Attorneys for Plaintiff
607 Marquette Avenue, Suite 400
Minneapolis, MN 55402
(612) 332-8063

HEDLEY PHILLIPS LAW OFFICE

George W.H. Phillips (#0216525)
Attorney for Defendant
4540 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 338-5628

and co-counsel:

Richard G. Nadler, Esq.(#77057)
Attorney for Plaintiff
PO Box 18008
West St. Paul, MN 55118
(651)-592-1162

FILED ____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____